# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No:   3:25-cv-13768-MGL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| QUALITY CARE SERVICES, INC., d/b/a ) | |
| QUALITY CARE SERVICE JOY HOUSE ) | |
| d/b/a JOY HOUSE ) | |
| ) | |
| Defendants. ) | |
| _____, ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant, Quality Care Service Joy House d/b/a Quality Care Services, Inc. d/b/a Joy Home, and states as follows:

### I.    JURISDICTION AND VENUE

1. This action to collect an indebtedness is brought by the United States of America on behalf of the U.S. Department of Labor Wage and Hour Division ('DOL/WHD") pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The U.S. Department of Labor Wage and Hour Division is the agency that evidences the debt incurred through investigation of the Fair Labor Standards Act within the employer records that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Defendant, Quality Care Service Joy House d/b/a Quality Care Services, Inc. d/b/a Joy Home, is an incorporation located in Richland County, South Carolina within the jurisdiction of this Court and may be served with process at 5210 Two Notch Road, Suite A, Columbia, South Carolina 29204 and respectively at 6800 Doby Drive, Columbia, South Carolina 29203.

## II.     FACTS

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. Between the dates of February 7, 2015 and January 28, 2017, the Secretary of Labor, through Investigator Harley of the Wage and Hour Division of the United States Department of Labor, conducted an investigation of the Defendant under the Fair Labor Standards Act. As a result of the investigation, it was found that four (4) employee(s) were due back wages in the amount of $19,902.18.  An annual interest rate of 1.00% and an annual penalty rate of 6.00% were assessed.

6. DOL provided Defendant a detailed explanation of amounts due as a result of the investigation which outlined, *inter alia*, each employee that was due back wages as well as the period covered by work week ending dates and the total amount due.  See Exhibit "**A**" attached hereto and incorporated herein.

7. Defendant executed the Summary of Unpaid Wages on May 25, 2017, whereby Defendant agreed to pay the listed employees the amount due as set forth in the Summary of Unpaid Wages.  Exhibit "**A**" *supra*.

8. On August 1, 2019, DOL sent a Final Debt Notice for Case No. 1809171FLSA in the amount of $19,919.08.  See Exhibit "**B**" attached hereto and incorporated herein.

9. On August 27, 2019, DOL sent a demand letter seeking payment for the total amount of $19,929.08, advising Defendant that additional collection and court costs may be incurred by the DOL in pursuit of collection. In addition, defaulted balance shall be subject to assessment of interest and penalty interest at rates determined by the Treasury as required by the Treasury as required by the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq*.) See Exhibit "**C**" attached hereto and incorporated herein.

10. On December 13, 2019, according to DOL historical records, the debt became delinquent. The DOL referred the claim to Treasury's bureau of the Fiscal Service, Debt management Services (DMS) on December 14, 2019. Treasury received payments totaling $10,396.28 via tax (TOP) offsets.

11. On May 23, 2022 DMS referred the claim to the United States Department of Justice ("DOJ") in the amount of $12,200.17 with a daily interest of $0.34 and a daily penalty of $2.01.

12. After applying all payments and proceeds received, the current balance due and owing on the back wages totals $20,125.31. A true and accurate copy of the Certificate of Indebtedness is attached herein as Exhibit "**D**".

## **COUNT ONE: TRFM12742030 - 28 U.S.C. §3001**

13. Paragraphs 1-10 of the Complaint are hereby realleged as if fully rewritten herein.

14. Defendant, Quality Care Service Joy House d/b/a Quality Care Services, Inc. d/b/a Joy Home defaulted on the payment of monetary violations issued for non-payment of back wages to DOL/WHD.

15. Defendant, Quality Care Service Joy House d/b/a Quality Care Services, Inc. d/b/a Joy Home owes the United States of America the sum of $20,125.31, which includes the pre-collection principal balance of $12,200.17, plus interest in the amount of $435.86 at the rate of 1.00% (percent); penalty in the amount of $2,615.18 at the rate of 6.00%

(percent), and administrative fees in the amount of $4,874.10 from May 23, 2022, through October 16, 2025. *See Certificate of Indebtedness.*

16. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

17. Pursuant to Title 28, United States Code, §2412(a)(2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914(a).

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully prays for relief as follows:

a. Damages for the monetary violations in the amount of **$20,125.31**.

b. Statutory post-judgment interest pursuant to 28 U.S.C. § 3717(a).

c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914(a) pursuant to 28 U.S.C. §2412(a)(2).

d. Any additional attorney's fees and costs incurred in this action; and

e. For such other relief as the Court deems just and proper.

Date: December 8, 2025.         Respectfully submitted,

By: /s/ Eric Hale, Esq.
    Eric Hale (Federal Bar #9404)
    On behalf of Schuerger Law Group
    1044 Wildwood Centre Drive
    Columbia, SC 29229
    (803) 726-3558 - Tel.
    Email: eric.hale@clarksonlawllc.com
    Copies to: efiling@schuergerlaw.com
    *Attorney for Plaintiff United States of America*